UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2024
```

BARRY W. ROSEN,

            Plaintiff,

-against-

LIVE AUCTIONEERS, LLC,

            Defendant.

1:24-cv-00698-MKV

**ORDER OF DISMSSAL**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is informed by Magistrate Judge Tarnofsky that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by July 15, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

    Date:  June 14, 2024
           New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**